IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DENVER IVAN WILSON,

        Plaintiff,

v.                                  CASE NO. 4:13-cv-167-MW/GRJ

B. PADGHAM, et al.,

        Defendants.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 4, filed April 5, 2013. The Court has also considered *de novo* Plaintiff's Objections to Magistrate's Report and Recommendation, ECF No.5, filed April 15, 2013. Upon consideration,

    IT IS ORDERED:

The report and recommendation is accepted and adopted as the Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED** pursuant to 28 U.S.C § 1915(g), the three-strikes rule. Plaintiff's motion for leave

to proceed *in forma pauperis* is **DENIED**." The Clerk shall close the file.

SO ORDERED on April 17, 2013.

s/Mark E. Walker             
United States District Judge